IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01449-LTB

PAUL C. ARCHULETTA,

    Petitioner,

v.

[NO DEFENDANT/RESPONDENT NAMED],

    Defendant/Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 8, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Petitioner and against Defendant/Respondent.

    DATED at Denver, Colorado, this 8th day of July, 2014.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/K Lyons
                                  Deputy Clerk